**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

DIANE LAQUIDARA
individually and on behalf
of similarly situated individuals,

Plaintiff,

v.

KIMBERLY BRUNELLE, and CHRISTOPHER BRUNELLE, WEST MASS MANAGEMENT GROUP, LLC d/b/a MAGIC LANTERN, and MARK PESSOLANO, ORANGE LANTERN INC.,

Defendants.

C.A No. 3:21-30039

**[PROPOSED] ORDER**

AND NOW, this 2 day of March, 2023, upon consideration of Plaintiff's Motion for Attorneys' Fees and Costs, the Court grants Plaintiff's Motion and ORDERS as follows:

(1) The Court hereby approves Plaintiff's Counsel's attorneys' fees in the amount of $20,000.00, which is one-third (1/3) of the Gross Settlement Amount set forth in the Parties' Settlement Agreement. This is a fair and reasonable amount to compensate Plaintiffs' Counsel for all work performed as well as the costs incurred in this litigation.

IT IS SO ORDERED, this 2 day of March, 2023.

Honorable Mark G. Mastroianni
United States District Judge